United States District Court
Southern District of Texas
**ENTERED**
March 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:17-CR-00514-1 |
| | § | |
| LUIS CARLOS DE LEON-PEREZ | § | |

## ORDER

Having considered the agreed motion for continuance filed by the government (Dkt. No. 119), the Court concludes that the motion should be **GRANTED**.

Accordingly, the Court **ORDERS** that sentencing in this matter be continued until October 7, 2019 at 10:00 a.m.

It is so **ORDERED**.

SIGNED on this 18th day of March, 2019.

_____
Kenneth M. Hoyt
United States District Judge