# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:17-CR-514-1 |
| § | |
| LUIS CARLOS DE LEON PEREZ § | |

## GOVERNMENT'S UNOPPOSED MOTION
## FOR ORDER IMPOSING MONEY JUDGMENT

The United States ("the Government"), by and through its undersigned attorneys, and without opposition from Defendant Luis Carlos De Leon Perez ("Defendant"), respectfully moves for the entry of a personal money judgement against Defendant in the amount of $18,118,783.15.

## PROCEDURAL BACKGROUND

On July 16, 2018, Defendant pleaded guilty to Counts One and Two of the Information pursuant to a Plea Agreement. Count One charges Defendant with conspiracy to violate the Foreign Corrupt Practices Act, Title 15, United States Code, Sections 78dd-2 ("FCPA"), in violation of Title 18, United States Code, Section 371. Count Two charges Defendant with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

The United States provided notice to the Defendant in the Information that pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to Count One, and that pursuant to Title 18, United States Code, Section 982(a)(1), the

United States would seek to forfeit all property, real or personal, involved in money laundering offenses or traceable to such property. The United States also provided notice that it would seek a money judgment equal to the total value of the property subject to forfeiture.

In his Plea Agreement, Defendant stipulated and agreed that the factual basis for his guilty plea supported the forfeiture of between $16,125,302.06 and $18,118,783.15. Defendant also consented to the imposition of a personal money judgment against him and acknowledged that one or more of the conditions set forth in Title 21, United States Code, Section 853(p) exists.

The Plea Agreement provided that, prior to sentencing, the Government and Defendant would attempt to agree upon the appropriate amount of forfeiture. The parties have now come to an agreement on a money judgment in the amount of $18,118,783.15, which is the amount of laundered funds from Roberto Rincon and Abraham Shiera that Defendant obtained and controlled as a result of his role in the conspiracy, as acknowledged in the factual basis.

## ARGUMENT AND AUTHORITIES

Federal Rule of Criminal Procedure 32.2(b)(1)(A) provides that "[i]f the government seeks a personal money judgment, the court must determine the amount of money that the defendant will be ordered to pay." The Court's forfeiture determination "may be based on evidence already in the record, including any written plea agreement," and the amount of the money judgment should be determined as soon as practical after a plea of guilty is accepted. FED. R. CRIM. P. 32.2(b)(1). The Fifth Circuit has endorsed

the imposition of personal money judgments. *United States v. Olguin*, 643 F.3d 384, 397 (5th Cir. 2011) ("We join our sister circuits and hold that money judgments are appropriate in the criminal forfeiture context.") (quoting *United States v. Day*, 524 F.3d 1361, 1378 (D.C. Cir. 2008)).

Defendant and the United States have agreed that the amount of the personal money judgment should be $18,118,783.15.

## REQUESTED RELIEF

The United States moves that the Court impose a personal money judgment against Defendant in the amount of $18,118,783.15. Defendant is unopposed to this motion. A proposed order is attached for the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| DANIEL S. KAHN | RYAN K. PATRICK |
| ACTING CHIEF | UNITED STATES ATTORNEY |
| Fraud Section | Southern District of Texas |
| Criminal Division | |
| United States Department of Justice | |
| | |
| */s/ Sarah E. Edwards* | */s/ Robert S. Johnson* |
| | |
| SARAH E. EDWARDS | ROBERT S. JOHNSON |
| SONALI D. PATEL | KRISTINE E. ROLLINSON |
| TRIAL ATTORNEYS | ASSISTANT UNITED STATES ATTORNEYS |
| | |
| Fraud Section, Criminal Division | U.S. Attorney's Office |
| U.S. Department of Justice | Southern District of Texas |
| 1400 New York Avenue, N.W. | 1000 Louisiana, Ste. 2300 |
| Washington, D.C. 20005 | Houston, TX 77002 |
| Tel: (202) 305-6761 | Tel: (713) 567-9385 |

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendant, H. Frank Rubio, Esq. and George J. Vila, Esq., were contacted about this motion, and stated on September 18, 2020, that the Defendant agrees to the amount of the money judgment and is unopposed to the relief sought.

/s/ Sarah E. Edwards
Sarah E. Edwards
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that, on September 18, 2020, I filed the foregoing motion with the Clerk of the Court using the ECF/CM system for filing and service on all counsel of record.

/s/ Sarah E. Edwards
Sarah E. Edwards
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice