UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:17-CR-00514-1 |
| § | |
| LUIS CARLOS DE LEON-PEREZ § | |

## ORDER FOR CONTINUANCE

Having considered the agreed motion for continuance filed by the government (Dkt. No. 242), the Court concludes that the motion should be GRANTED.

Accordingly, the Court ORDERS that sentencing in this matter be continued until **May 23, 2022 at 10:00 a.m.** The associated deadlines are also continued: the preparation of the initial Presentence Report is due on **April 18, 2022**, objections are due on **May 2, 2022**, and the final Presentence Report is due on **May 16, 2022**.

It is so ORDERED.

SIGNED on this 5th day of November, 2021.

_____
Kenneth M. Hoyt
United States District Judge