# EXHIBIT 2

Case 4:17-cr-00514   Document 424-2   Filed on 04/19/23 in TXSD   Page 1 of 2

twitter.com
https://mobile.twitter.com › status

# Ministerio Público venezolano on Twitter: "Tarek William Saab: Por otra parte, Javier ...

5 abr 2023 — Tarek William Saab: Por otra parte, Javier Alvarado Ochoa posee 4 investigaciones las cuales son Caso Informante EUA, caso Andorra, ...

https://mobile.twitter.com › status

# MIPPCI on Twitter: "#EnVivo FGR @TarekWiliamSaab: Por otra parte, Javier ...

5 abr 2023 — Por otra parte, Javier Alvarado Ochoa posee 4 investigaciones las cuales son Caso Informante EUA, caso…