**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**UNITED STATES OF AMERICA,**          CASE NO: H 17-CR-00514-1

      **Plaintiff,**

**vs.**

**LUIS CARLOS DE LEON-PEREZ,**

      **Defendant**
_____/

### DEFENDANT, LUIS CARLOS DE LEON-PEREZ' MOTION TO FILE UNDER SEAL OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

**COMES NOW** the Defendant, **LUIS CARLOS DE LEON-PEREZ**, by and through his undersigned counsel, and present herewith, his Motion to File Under Seal his Objections to the Presentence Investigation Report, and respectfully requests this Honorable Court to seal said document, and states as follows:

The Defendant requests that the document be sealed due to the highly sensitive nature of the information contained therein.

This motion to seal is submitted in the utmost of good faith and in the interest of preserving the confidentiality of the sensitive matters contained in the document.

**WHEREFORE**, the Defendant, **LUIS CARLOS DE LEON-PEREZ**, respectfully prays that this Honorable Court enter its order granting the within Motion to File Under Seal Defendant's Objections to the Presentence Investigation Report.

Respectfully submitted,

George J. Vila, Esquire
(Florida Bar No. 141704)
201 Alhambra Circle, Suite 702
Coral Gables, FL 33134
Telephone: (305) 445-2540
E-mail: gvila@gjvpa.com
(Counsel for Defendant,
 *Luis Carlos De Leon-Perez*.)

***/s/ George J. Vila***
  George J. Vila, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court and electronically served *via* e-mail upon the following:

Robert Searls Johnson, A.U.S.A.
Office of the U S Attorney
1000 Louisiana St
Ste 2300
Houston, TX 77002
Telephone: 713-567-9706
E-mail: robert.s.johnson@usdoj.gov

Sonali D Patel
Fraud Section Dept of Justice
1400 New York Ave
Washington, DC 20005
Telephone: 202-514-1106
E-mail: sonali.patel2@usdoj.gov

John Park Pearson
US Attorney's Office
1000 Louisiana, Ste 2300
Houston, TX 77002
Telephone: 713-567-9000
Fax: 713-718-3300
E-mail: john.pearson@usdoj.gov

Marihug Cedeno
US Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: 202-353-9009
E-mail: marihug.cedeno2@usdoj.gov

Michael DiLorenzo
DOJ-Crm
1400 New York Avenue, NW
Washington, DC 20005
Telephone: 202-549-3978
E-mail: michael.dilorenzo2@usdoj.gov

                George J. Vila, Esquire
                (Florida Bar No. 141704)
                201 Alhambra Circle, Suite 702
                Coral Gables, FL 33134
                Telephone: (305) 445-2540
                E-mail: gvila@gjvpa.com
                (Counsel for Defendant,
                 *Luis Carlos De Leon-Perez*.)

***/s/ George J. Vila***
  George J. Vila, Esq.