**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**UNITED STATES OF AMERICA,**                              **CASE NO. H 17-CR-00514-1**

      **Plaintiff,**

vs.

**LUIS CARLOS DE LEON-PEREZ,**

      **Defendant.**
_____/

**ORDER GRANTING**
**DEFENDANT, LUIS CARLOS DE LEON-PEREZ'**
**MOTION TO FILE UNDER SEAL**
**OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

**THIS CAUSE** came before the Court upon Defendant, **LUIS CARLOS DE LEON-PEREZ'**, Motion to File Under Seal his Objections to the Presentence Investigation Report, and upon consideration of the motion to file under seal, and the reasons set forth therein, it is hereby,

**ORDERED** and **ADJUDGED**,

That the Motion to File Under Seal Defendant's Objections to the Presentence Investigation Report is hereby **GRANTED**, and said Objections to the Presentence Investigation Report shall therefore be **SEALED**.

**DONE** and **ORDERED** at Houston, Harris County, Texas, this _____ day of July, 2023.

_____
THE HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT COURT JUDGE