United States District Court
Southern District of Texas
**ENTERED**
August 07, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:17-CR-514-1 |
| | § | |
| LUIS CARLOS DE LEON PEREZ | § | |

### PRELIMINARY ORDER OF
### FORFEITURE FOR SUBSTITUTE ASSETS

Pending before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture for Substitute Assets of $18,118,783.15, which upon final forfeiture will satisfy the money judgment imposed against the Defendant.

Defendant Luis Carlos De Leon Perez pleaded guilty to Counts One and Two of the Superseding Information, which charged him with conspiracy to violate the Foreign Corrupt Practices Act, Title 15, United States Code, Section 78dd-2 ("FCPA"), in violation of Title 18, United States Code, Section 371; and conspiracy to commit money laundering, in violation of Title 18 United States Code 1956(h), respectively. In his Plea Agreement, the Defendant acknowledged that one or more of the conditions set forth in Title 21, United States Code, Section 853(p) exists.

On October 2, 2020, the Court imposed an agreed money judgment in the amount of $18,118,783.15 against the Defendant. (Doc. 168, Order Imposing Money Judgment). The United States has informed the Court that the Defendant has tendered $18,118,783.15 from a financial account in Switzerland, which sum is now

in the custody of the United States, and that the Defendant agrees to the forfeiture of the $18,118,783.15 as substitute assets.

Having considered the unopposed motion, the Plea Agreement, the record and the applicable law, the Court has decided as follows:

1.  It is ORDERED that the $18,118,783.15 is forfeited to the United States as substitute property.

2.  It is ORDERED that the United States shall publish notice of this Preliminary Order of Forfeiture of Substitute Assets and, to the extent practicable, shall provide written notice to any person who reasonably appears to be a potential claimant with standing to claim an interest in the forfeited assets. Any person, other than a defendant, asserting a legal interest in the property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the property, within such time and in the manner provided by Title 21, United States Code, Section 853(n).

This Preliminary Order of Forfeiture will be made part of the Defendant's sentence and included in the judgment against him.

Signed on _August 7_, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge