United States District Court
Southern District of Texas
**ENTERED**
September 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:17-CR-00514-001 |
| | § | |
| | § | |
| LUIS CARLOS DE LEON-PEREZ | | |

**ORDER**

**THIS CAUSE,** having come before the Court on Defendant, Luis Carlos De Leon-Perez', Motion Requesting Court's Recommendation to be Re-Designated to FCI Beaumont not USP Beaumont (Dkt NO. 535), having reviewed all pertinent findings and being otherwise duly advised in the premises, the Court finds as follows:

**ORDERED AND ADJUDGED** that the Defendant's motion is granted and is hereby Ordered that Defendant, Luis Carlos De Leon- Perez, shall be re-designated to FCI Beaumont Facility located at 5560 Knauth Road, Beaumont, Texas 77705, and shall surrender to FCI Beaumont on September 21, 2023.

It is so ORDERED.

SIGNED on September 21, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge