United States District Court
Southern District of Texas
**ENTERED**
January 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:17-CR-514-1** |
| | § | |
| **LUIS CARLOS DE LEON PEREZ** | § | |

### FINAL ORDER OF FORFEITURE FOR $18,118,783.15

Pending before the Court is the United States' Unopposed Motion for Final Order of Forfeiture for $18,118,783.15 [Dkt. No. 548].

On October 2, 2020, the Court imposed an agreed money judgment in the amount of $18,118,783.15 against the Defendant Luis Carlos De Leon Perez (Doc. 168). The Defendant tendered $18,118,783.15 from a financial account in Switzerland, and on August 7, 2023, the Court signed a Preliminary Order of Forfeiture forfeiting the $18,118,783.15 as substitute assets (Doc. 527).

The United States on September 14, 2023, served Notice and a copy of the Preliminary Order of Forfeiture on (a) the Defendant's wife, Andreina Gamez Rodriguez, and (b) the Defendant's company, Magnolia Products Limited, through attorney George Vila (Certificate of Service, Doc. 538). FED.R.CRIM.P. 32.2(b)(6). Those parties had 30 days to file a petition claiming an interest, but they did not do so.

Notice of the forfeitures was published for at least 30 consecutive days, and more than 60 days have passed since the first date of publication. The Court takes notice that no party has filed a timely third-party petition, and any third parties are barred from making a claim and can be held in default. 21 U.S.C. § 853(n)(7).

Having considered the unopposed motion, the record, and the applicable law, the Court has decided as follows:

1. It is ORDERED that the $18,118,783.15 tendered by the Defendant to the United States is forfeited to the United States.

2. It is ORDERED that Andreina Gamez Rodriguez and Magnolia Products Limited are held in default.

3. It is ORDERED that all persons who could claim any right, title or interest in or to the property being forfeited in this Order are held in default.

4. It is ORDERED that the United States shall dispose of the forfeited property according to law.

5. It is ORDERED that the United States shall credit the $18,118,783.15 against the money judgment that was entered against the Defendant. The money judgment is now SATISFIED.

THIS IS A FINAL ORDER OF FORFEITURE.

SO ORDERED January 4, 2024, at McAllen, Texas.

Randy Crane
United States District Judge

2